# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERICAN DIAGNOSTIC MEDICINE, INC.,**

      **Plaintiff,**

-vs-                                    Case No. 6:10-cv-1216-Orl-31GJK

**SUNTREE INTERNAL MEDICINE, INC.**
and
**SUNTREE INTERNAL MEDICINE, II, INC.,**

      **Defendants.**

## ORDER

The Court received, in chambers, correspondence from counsel for the Plaintiff. A copy of the correspondence is attached to this order. Though styled as a notice that the Plaintiff had filed a bankruptcy petition, the correspondence appears to have been intended to serve as a request for a stay. As such, it was provided to chambers in violation of Local Rule 3.01(f), which states that applications requesting relief in any form shall be filed with the Clerk of the Court and not with the judge. In consideration of the foregoing, it is hereby

**ORDERED** that the affirmative relief requested in the attached correspondence is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 17, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE